IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE LINDNER LOOS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3241 |
| | ) | |
| V. | ) | |
| | ) | **FINAL** |
| JANET NAPOLITANO, Secretary, | ) | **SCHEDULING** |
| Department of Homeland Security, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On the Court's own motion,

IT IS ORDERED that:

1) With the agreement of Judge Piester, the Chief Judge and the other district judges, Judge Kopf has begun handling all magistrate matters previously handled by Judge Piester. Judge Kopf will do so for the foreseeable future regarding his own cases as well as cases assigned to other district judges. Thus, any magistrate matters previously handled by Judge Piester will be handled by Judge Kopf alone unless otherwise ordered and that is true for cases assigned to Judge Kopf and it is also true for cases assigned to other district judges. However, the district judge assigned to try this case has not changed.

2) No telephonic planning conference will be held to discuss the progression of this case to trial. On the contrary, a final progression order is now issued as set forth in the following paragraph.

3) The final progression order is as follows:

   a. A jury trial is set to commence on May 24, 2010. No more than 4 days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

   The Rule 26(f) report indicates the defendant may file a motion to strike the plaintiff's jury demand. Any such motion shall be filed on or before December 8, 2009.

   b. The pretrial conference will be held by Judge Kopf in his chambers on April 29, 2010 at 12:00 p.m. (noon). One-half hour is allocated to this conference.

       Counsel shall provide Judge Kopf with a draft pretrial conference order at this pretrial conference and the draft order shall conform to the requirements of the local rules.

c. According to the court's record, (filing nos. 13, 14, & 15), the parties have served their mandatory disclosures.

d. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

      By the plaintiff:              October 16, 2009.
      By the defendant:           November 16, 2009
      Plaintiff's rebuttal expert:    December 2, 2009

e. The discovery and deposition deadline is December 23, 2009. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

f. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is January 29, 2010.

g. Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

h. The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

i. Counsel may contact Judge Kopf by arranging a telephone conference with Kris Leininger of Judge Kopf's chambers (at 402-437-1640) should they have any objections or questions about this order or should other issues subsequently arise that may delay or frustrate the prompt and fair resolution of this case.

DATED this 13th day of July, 2009.          BY THE COURT:

                                                             s/Richard G. Kopf
                                                             United States District Judge